# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1911
_____

Benjamin E. Schreiber,              *
                                     *
          Appellant,         *
                                     *   Appeal from the United States
    v.                         *   District Court for the
                                     *   Southern District of Iowa.
Matt Murphy; Don Kirkendall,   *     [UNPUBLISHED]
                                     *
          Appellees.        *

_____

Submitted:  October 7, 1999

Filed:  October 13, 1999
_____

Before WOLLMAN, Chief Judge, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Benjamin E. Schreiber appeals from the district court's[1] order granting summary judgment in favor of defendant jail officials in his 42 U.S.C. § 1983 action alleging deliberate indifference. Having reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.